# United States Court of Appeals
## For the First Circuit

No. 24-1188

ASOCIACIÓN DE DETALLISTAS DE GASOLINA DE PUERTO RICO, INC.; A&E SERVICE STATION, INC.; ANTONIO A. JUAN LEON; BAJURAS DEVELOPMENT, INC.; SAMI DAVIS SULEIMAN ABDELMAJED; Q&P FUEL MANAGEMENT, LLC; MEGA PUMA 129, INC.; MEGA JL, INC.; L&F SERVICE STATION, INC.; JOSÉ J. ARROYO NOVOA, d/b/a Garage Arroyo; WCL CORPORATION; MARACAIBO PETROLEUM, CORP.; ORLANDO GONZÁLEZ HERNÁNDEZ, d/b/a Raholisa Service Station; MATILDE COLLAZO VIERA, d/b/a Green Valley Service Station; JOSÉ A. COLÓN ALONSO, d/b/a Mobil Orocovis, Shell Utuado, and Gulf Utuado; ONCE 11 CORP.; JANET TORRES PAGÁN, d/b/a Gulf Aibonito; R2 BUSINESS, INC.; LUIS C. CRESPO ORTIZ, d/b/a Apolo Texaco; COOPERATIVA GASOLINERA Y SERVICIOS BUENA VISTA,

Plaintiffs, Appellants,

v.

COMMONWEALTH OF PUERTO RICO, represented by its Governor Hon. Jenniffer González-Colón; HON. HÉCTOR L. SIACA FLORES, as Interim Attorney General of the Commonwealth of Puerto Rico; HON. VALERIE RODRÍGUEZ ERAZO, as Secretary of the Department of Consumer Affairs of Puerto Rico,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on May 29, 2025, is amended as follows:

On the cover page, replace "Janet Parra Mercado" with "Héctor L. Siaca Flores" as Interim Attorney General of the Commonwealth of Puerto Rico.

On page 4, line 12, delete the period after "LLC".

On page 14, line 22, replace "prohibits" with "prohibit".

On page 15, line 7, remove the underline from "220".

On page 16, line 12, replace "to offer" with "from offering".

On page 19, line 8, replace "its" with "their".